# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 18-67041-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | GADELOV, VLADISLAV RAFAEL | Date Filed (f) or Converted (c): | 10/09/2018 (f) |
| | | § 341(a) Meeting Date: | 11/06/2018 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 06/10/2019 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2011 Acura MDX AWD, 112,000 miles | 10,000.00 | 0.00 | OA | 0.00 | FA |
| | Trustee's Notice of abandonment filed, Dkt # 19. | | | | | |
| 2 | 2014 Mercedes C250, 34,000 miles | 19,500.00 | 3,000.00 | OA | 0.00 | FA |
| | Trustee's Notice of abandonment filed, Dkt # 19. | | | | | |
| 3 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Smith and Wesson M&P 9 mm Glock 19 Glock 22 Remington .308 with Scope | 1,000.00 | 0.00 | OA | 0.00 | FA |
| | Trustee's Notice of abandonment filed, Dkt # 19. | | | | | |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Delta Community Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Wells Fargo Bank NA | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Avoidance of Transfer of Company MVP Elite, Inc. to Father | 1.00 | 1.00 | | 0.00 | 1.00 |
| 8 | **Assets Totals** (Excluding unknown values) | **$32,651.00** | **$3,001.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

Trustee is investigating the transfer of MVP Elite, Inc. to debtor's father in September 2017.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | **Current Projected Date Of Final Report (TFR):** | 12/31/2021 |
|---|---|---|---|

07/30/2020

Date

/s/S. Gregory Hays

S. Gregory Hays